

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00053-CV

CAROLYN STRONG, APPELLANT

V.

CAROL BROOKS AND JOHN BROOKS, APPELLEES

On Appeal from the 20th District Court
Milam County, Texas
Trial Court No. CV38,931, Honorable John Youngblood, Presiding

May 22, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Carolyn Strong, proceeding pro se, appeals from the final judgment entered by the trial court.[1]  Strong's brief was due April 26, 2024, but was not filed.  By letter of May 3, 2024, we notified Strong that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May 13.  To date, Strong has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam